**The People of the State of Illinois, defendant in error, v. Cattani Ugo, plaintiff in error.**

Prosecution for violation of Prohibition Act. Defendant convicted. Error to the County Court of Franklin county; the Hon. S. M. Ward, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed April 15, 1925.

R. E. Smith, for plaintiff in error. Roy C. Martin, State's Attorney, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. George F. Mash, plaintiff in error.**

Prosecution for violation of Medical Practice Act. Defendant convicted. Error to the County Court of Washington county; the Hon. W. P. Green, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed April 15, 1925.

L. A. Cranston, for plaintiff in error. H. H. House, State's Attorney, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

**Frank McCoy, appellee, v. State Bank of Yale, appellant.**

Action for money had and received. Judgment for plaintiff. Appeal from the Circuit Court of Jasper county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed April 15, 1925.

Kasserman & Kasserman, for appellant. Isley & Yelvington, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**O. C. Munsey and George R. Mounsey, appellants, v. Lenerd Hirsch and Jacob Hirsch, appellees.**

Assumpsit on contract for sale of real estate. Judgment for defendants. Appeal from the Circuit Court of Pulaski county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed April 15, 1925. Rehearing denied August 19, 1925.

C. S. Miller, for appellants. Fred Hood, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. John Fudorich, plaintiff in error.**

Prosecution for violation of Prohibition Act. Defendant convicted. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1925. Reversed. Opinion filed April 15, 1925.

J. B. O'Neill & M. L. Burroughs, for plaintiff in error. Jesse R. Brown, State's Attorney, for defendant in error.

Per curiam.